(136 So. 836)

### Jesse BRUCE v. STATE.

### 7 Div. 79.

Supreme Court of Alabama.

Oct. 8, 1931.

█

E. O. McCord & Son, of Gadsden, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Jesse Bruce for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bruce v. State, 136 So. 836.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.